UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. MJ 11-248 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| RICHARD SCOTT SMITH, | ) | |
| | ) | |
| Defendant. | ) | |

<u>Offense charged</u>:     Escape

<u>Date of Detention Hearing</u>:   May 25, 2011

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

(1)   Defendant is charged by Complaint with Escape from Pioneer Fellowship

01  House, in which he was lawfully confined after serving approximately eleven years in the
02  custody of the Bureau of Prisons for the crime of Bank Robbery.
03      (2)    Defendant was not interviewed by Pretrial Services, so much of his background
04  information is not known.   Defendant does not contest detention.
05      (3)    Defendant poses a risk of nonappearance due to the nature of this offense and
06  lack of known or verified background information.   He poses a risk of danger due to criminal
07  history.
08      (4)    There does not appear to be any condition or combination of conditions that will
09  reasonably assure the defendant's appearance at future Court hearings while addressing the
10  danger to other persons or the community.
11  It is therefore ORDERED:
12      (1)    Defendant shall be detained pending trial and committed to the custody of the
13          Attorney General for confinement in a correction facility separate, to the extent
14          practicable, from persons awaiting or serving sentences or being held in custody
15          pending appeal;
16      (2)    Defendant shall be afforded reasonable opportunity for private consultation with
17          counsel;
18      (3)    On order of a court of the United States or on request of an attorney for the
19          Government, the person in charge of the corrections facility in which defendant
20          is confined shall deliver the defendant to a United States Marshal for the purpose
21          of an appearance in connection with a court proceeding; and
22      (4)    The clerk shall direct copies of this Order to counsel for the United States, to

01     counsel for the defendant, to the United States Marshal, and to the United States

02     Pretrial Services Officer.

03  DATED this 25th day of May, 2011.

04

05

06                                        Mary Alice Theiler
                                          United States Magistrate Judge

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER                                                              PAGE 3